# ALABAMA COURT OF CRIMINAL APPEALS



November 1, 2024

**CR-2022-0504**

Nicholas Noelani D. Smith v. State of Alabama (Appeal from Calhoun Circuit Court: CC-11-494.80)

## **<u>NOTICE</u>**

You are hereby notified that on November 1, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk